1  **HUNTER PYLE, SBN 191125**
   SUNDEEN SALINAS & PYLE
2  1330 Broadway, Suite 1830
   Oakland, CA 94612
3
   Telephone:   510.663.9240
4  Facsimile:   510.663.9241

5  Attorneys for Plaintiffs
   ERIC ANTONIO FRYE and
6  SABRINA MARIE FRYE

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | ERIC ANTONIO FRYE and SABRINA MARIE FRYE, | Case No.: C06-02068 EMC |
|----|---|---|
| 12 | | **REQUEST FOR AND ORDER GRANTING DISMISSAL WITH PREJUDICE ; ORDER** |
| 13 | Plaintiffs, | |
| 14 | vs. | Hon. Edward M. Chen |
| 15 | CITY OF OAKLAND; OFFICER DEANDREA VANTREE 8198; and OFFICER MICHAEL ENCINIAS 7973, | |
| 16 | | |
| 17 | Defendants. | |

18              **REQUEST FOR ORDER GRANTING DISMISSAL WITH PREJUDICE**

19       The parties hereby notify the Court that the above-captioned action has been settled to the

20  satisfaction of each of the undersigned parties, in accordance with the terms of the Release and

21  Satisfaction of All Claims and Demands, and that all parties request that the entire action be dismissed

22  with prejudice.

23       In accordance with Federal Rule of Civil Procedure Rule 41(a), the parties hereby submit this

24  Request For And Order Granting Dismissal With Prejudice for the Court's approval and entry. Each

25  party is to bear its own fees and costs.

Dated: September 5, 2006        By: /s/ Hunter Pyle
                                    HUNTER PYLE

                                    Attorney for Plaintiffs
                                    ERIC ANTONIO FRYE and
                                    SABRINA MARIE FRYE

Dated: AUGUST 24, 2006         By: /s/ Gloria Lee
                                    GLORIA LEE

                                    Attorney for Defendants
                                    CITY OF OAKLAND;
                                    OFFICER DEANDREA VANTREE 8198; and
                                    OFFICER MICHAEL ENCINIAS 7973

### ORDER

Pursuant to the Request For Dismissal With Prejudice set forth above, this entire action is dismissed with prejudice. Each party is to bear its own fees and costs.

IT IS SO ORDERED.

Dated: Sept. 6, 2006

_____
Hon. Edward M. Chen
United States Magistrate Judge

---

**REQUEST FOR AND ORDER GRANTING DISMISSAL WITH PREJUDICE**
Case No.: C06-02068 EMC
-2-